FILED
CLERK, U.S. DISTRICT COURT

MAR 1 9 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC.,<br><br>                              PLAINTIFF,<br><br>                    v<br><br>FOREVER 21, INC.,<br><br>                              DEFENDANT. | CASE NUMBER:  CV 07-01221 MMM (MANx)<br><br>**ORDER TO REASSIGN CASE DUE TO<br>SELF-RECUSAL PURSUANT TO<br>SECTION 3.3 OF GENERAL ORDER 224** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of: <u>the fact that Judge Morrow is a former partner in Arnold & Porter, which is counsel to plaintiff herein.</u>

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒  within 120 days of the Court being assigned said case.

☐  after 120 days of the Court being assigned said case.

Dated:  March 16, 2007

*Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge _____*Manuel L. Real*_____. On all documents subsequently filed in this case, please substitute the initials ____*R*____ after the case number in place of the initials of the prior Judge so that the case number will read: ____CV 07-1221 R (MANx)____.

This is very important because documents are routed to the assigned Judge by means of the **initials**.

This case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:

☒  Western        ☐  Southern        ☐  Eastern Division.

**Subsequent documents must be filed at the   ☒ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

---

CV-52 (01/05)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 of GENERAL ORDER 224

⑤

ENTERED ON CM ___3/19/07___

Dockets.Justia.co

