SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 07-01221                                                                  Date   March 21, 2007

Title   Sweet People Apparel, Inc. vs. Forever 21, Inc.

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   NOTICE TO PARTIES OF ADR PILOT PROGRAM - VACATING REFERRAL

Reference of the above case to the Alternative Dispute Resolution Pilot Program, General Order 02-07, is vacated. All further settlement procedures in this action shall be pursuant to Local Civil Rule 16-14.



CV-90 (12/02)                                          CIVIL MINUTES - GENERAL                                          Initials of Deputy Clerk