Sweet People Apparel Inc v. Forever 21 Inc                                                                                                    Doc. 7

FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SWEET PEOPLE APPAREL, INC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV-07-1221-R (MANx) |
| v. | |
| FOREVER 21, INC | ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224 |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Judge Real doe not accept cases where firm of Arnold and Porter are attorneys of record

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 224.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

March 26, 2007
Date

United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____R. Gary Klausner_____. On all documents subsequently filed in this case, please substitute the initials _____RGK_____ after the case number in place of the initials of the prior Judge so that the case number will read: ___CV 07-1221 RGK (MANx)___.

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the   ☑ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

CV-52 (07/05)     ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224

ENTERED ON CM 3/27/07

Dockets.Justia.co