SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC., ) | No. CV 07-1221-RGK (MANx) |
| Plaintiff(s), ) | |
| vs. ) | ORDER SETTING |
| ) | SCHEDULING CONFERENCE |
| FOREVER 21, INC., ) | |
| Defendant(s). ) | |

This matter is set for a scheduling conference on **June 25, 2007** at 9:00 a.m. The Conference will be held pursuant to F.R.Civ. P. 16(b). Counsel are ordered to file a joint statement providing a brief factual summary of the case, including the claims being asserted. The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference, and to file a joint statement with the Court not later than 14 days after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court. Failure to comply may lead to the imposition of sanctions.

DATED:   May 4, 2007

R. Gary Klausner
United States District Judge