Name and address
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022

SCAN ONLY

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sweet People Apparel, Inc.

Plaintiff(s)

v.

Forever 21, Inc.

Defendant(s).

CASE NUMBER

No. CV 07-1221 RGK (MANx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

LODGED
2007 JUN -7 AM 11:23
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

The Court, having reviewed the accompanying Application of _____Louis S. Ederer_____,
                                                                  *Applicant's Name*

of _____Arnold & Porter LLP_____ for permission to appear and participate in the above-entitled
        *Firm Name*

action on behalf of ☒ Plaintiff   ☐ Defendant   _____Sweet People Apparel, Inc._____

and the designation of _____Suzanne V. Wilson_____ of _____Arnold & Porter LLP_____
                        *Local Counsel Designee*                *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated   JUN 1 1 2007

_____
U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
JUN 1 2 2007
BY ___ 022

G-64 ORDER (06/05)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

      On June 7, 2007, I served the foregoing document described as: **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (Louis S. Ederer)**

☐ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ by placing ☐ the original and ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Mitchell N. Reinis
Silver & Freedman
2029 Century Park East, 19th Floor
Los Angeles, CA 90067-3005
(310) 282-9400 - Phone
(310) 282-2500 - Fax

☒ **BY MAIL** I placed such envelope with postage thereon prepaid in the United States Mail at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. Executed on June 7, 2007 at Los Angeles, California.

☐ **BY FACSIMILE** The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error. Executed on _____ at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____    _____
Jacqui Tollefson                    Signature

Proof of Service