Sweet People Apparel Inc v. Forever 21 Inc                                                                                                              Doc. 20

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL



| | |
|---|---|
| Case No. | CV 07-1221-RGK (MANx) |
| Date | June 25, 2007 |
| Title | **SWEET PEOPLE APPAREL, INC. v. FOREVER 21, INC.** |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Lynne Smith | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

John Maltbie   Jamie Katzman

**Proceedings:**   SCHEDULING CONFERENCE

Case called. Plaintiff's counsel is not present. Matter to be held. Case recalled. Court and counsel confer. The Scheduling Conference is held. The Court sets the following dates:

| | |
|---|---|
| Last day to add parties or amend complaint: | August 30, 2007 |
| Discovery cut-off: | November 20, 2007 |
| Motion cut-off (last day to file): | December 4, 2007 |
| Pretrial Conference: | February 4, 2008 at 9:00 a.m. |
| Jury Trial (Est. 3-5 days): | February 19, 2008 at 9:00 a.m. |

**IT IS SO ORDERED.**

:   6

Initials of Preparer   slw

DOCKETED ON CM
JUN 2 5 2007
BY _____ 022