Name, Address and Telephone Number of Attorney(s):

Sweet People Apparel Inc v. Forever 21 Inc                                                                                    Doc. 21

SENT

FILED
CLERK, U.S. DISTRICT COURT
JUN 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Sweet People Apparel, Inc
Plaintiff(s)

v.

Forever 21, Inc.
Defendant(s).

CASE NUMBER

CV 07-1221 RGK (MANx)

SETTLEMENT PROCEDURE SELECTION:
REQUEST AND NOTICE

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☑ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the
☐ district judge *or* ☑ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

DOCKETED ON CM
JUN 25 2007
BY ____ SE   00_

Dated: 6/25/07      _____
                    Attorney for Plaintiff  John M. Hbie

Dated: _____
                    Attorney for Plaintiff _____

Dated: 6/25/07      _____
                    Attorney for Defendant  Jammie Katzman

Dated: _____
                    Attorney for Defendant _____

Dated: _____
                    Attorney for Defendant _____

NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request. If additional signatures are required, attach an additional page to this request.

ADR-01 (10/06)                    SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE

(21)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| SELECT PEOPLE APPAREL INC<br><br>Plaintiff(s)<br><br>v.<br><br>FOREVER 21 INC<br><br>Defendant(s). | CASE NUMBER<br><br>CV 07 1221 RGK (MANx)<br><br>ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE |
|---|---|

The Court, having considered the parties Settlement Procedure Selection Request and Notice, hereby:

**ORDERS** the Request for:

☒ **SETTLEMENT PROCEDURE NO. 1**
☐ **SETTLEMENT PROCEDURE NO. 2.**
☐ **SETTLEMENT PROCEDURE NO. 3**

be:

☒ APPROVED.

☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated: JUN 25 2007

_____
United States District Judge/Magistrate Judge