1  Suzanne V. Wilson (State Bar No. 152399)
   Email: suzanne.wilson@aporter.com
2  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
3  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
4  Facsimile: (213) 243-4199

5  Louis S. Ederer (Admitted *Pro Hac Vice*)
   Email: louis.ederer@aporter.com
6  John Maltbie (Admitted *Pro Hac Vice*)
   Email: john.maltbie@aporter.com
7  ARNOLD & PORTER LLP
   399 Park Avenue
8  New York, New York 10022
   Telephone: (212) 715-1000
9  Facsimile: (212) 715-1399

10 Attorneys for Plaintiff Sweet People Apparel, Inc.

11                  UNITED STATES DISTRICT COURT
12                 CENTRAL DISTRICT OF CALIFORNIA
13                        WESTERN DIVISION

15 SWEET PEOPLE APPAREL, INC.,        ) Case No. CV 07-1221 RGK (MANx)
16                                     )
                   Plaintiff,          ) **STIPULATION TO FILE A FIRST**
17                                     ) **AMENDED COMPLAINT AND**
          v.                           ) **[PROPOSED] ORDER THEREON**
18                                     )
   FOREVER 21, INC. and 2253           )
19 APPAREL, INC. d/b/a CELEBRITY       )
   PINK JEANS,                         )
20                                     )
                   Defendants.         )
21                                     )

22       Plaintiff Sweet People Apparel, Inc.("Sweet People") and defendant Forever
23 21, Inc. ("Forever 21") and have determined that it is appropriate to enter into an
24 agreement to allow Sweet People to file a First Amended Complaint without seeking
25 leave of Court. Accordingly, Microsoft and Forever 21, through their respective
26 counsel of record, HEREBY STIPULATE AND AGREE as follows:

1    WHEREAS Sweet People filed this action against Forever 21 on February 23,
2  2007 alleging two claims of copyright infringement arising out of claims involving
3  Sweet People's M Pocket Stitch Design and Cut-Out Insert Design;
4    WHEREAS Forever 21 filed an answer to the complaint on May 3, 2007;
5    WHEREAS Forever 21 has identified 2253 Apparel, Inc. d/b/a Celebrity Pink
6  Jeans ("Celebrity Pink") as the vendor that supplied Forever 21 with the alleged
7  infringement of Sweet People's alleged M Pocket Stitch Design and Nikki-Viki
8  Apparel, Inc. d/b/a Niki Biki ("Niki Biki") as the vendor of the alleged infringement
9  of Sweet People's alleged Cut-Out Insert Design;
10    WHEREAS Sweet People, Forever 21 and Niki Biki have agreed to resolve
11  the claim with respect to the Cut-Out Insert Design;
12    WHEREAS, as part of such resolution, Sweet People and Forever 21 have
13  agreed that Sweet People shall (i) file a First Amended Complaint withdrawing the
14  claim with respect to the Cut-Out Insert Design and adding Celebrity Pink as a
15  defendant for the claim pertaining to the M Pocket Stitch Design; and (ii) provide a
16  release to Forever 21 and Niki Biki for the claim with respect to the Cut-Out Insert
17  Design upon the execution of a Settlement Agreement;
18    WHEREAS an original and one copy of Sweet People's First Amended
19  Complaint are being lodged concurrently herewith, as provided in United States
20  District Court for the Central District of California, Local Rule 15-1;
21    WHEREAS defendant Forever 21 stipulates to the filing of the First Amended
22  Complaint;
23    IT IS HEREBY STIPULATED AND AGREED, by and between the parties
24  hereto, through their respective counsel of record, that the [Proposed] First Amended
25  Complaint can and shall be filed upon the Court's Order approving such filing; and
26    IT IS HEREBY STIPULATED AND AGREED, by and between the parties
27  hereto, through their respective counsel of record, that defendant's answer or
28

1  response to the First Amended Complaint shall be due twenty (20) days following
2  the issuance of the Court's Order.
3
4
5  DATED: July 10, 2007              ARNOLD & PORTER

6
7                                    By: *Suzanne V. Wilson* (signed)
                                      Suzanne V. Wilson
8                                     Attorneys for Sweet People Apparel, Inc.
9
10 DATED: July ___, 2007             SILVER & FREEDMAN
11
12                                    By:_____
13                                    Mitchell N. Reinis
                                      Attorneys for Forever 21, Inc.
14
15                      ORDER
16 IT IS SO ORDERED.
17
18
19 DATED: _____, 2007         _____
20                                   The Honorable R. Gary Klausner
                                     United States District Court Judge
21
22
23
24
25
26
27
28

3

1  response to the First Amended Complaint shall be due twenty (20) days following
2  the issuance of the Court's Order.
3
4
5  DATED: July ___, 2007                ARNOLD & PORTER
6
7                                       By:_____
                                         Suzanne V. Wilson
8                                        Attorneys for Sweet People Apparel, Inc.
9
10 DATED: July 10, 2007                 SILVER & FREEDMAN
11
12                                      By: /s/ Mitchell Reinis
13                                       Mitchell N. Reinis
                                         Attorneys for Forever 21, Inc.
14
15                       ORDER
16 IT IS SO ORDERED.
17
18 DATED: JUL 1 2 2007, 2007           _____
19                                      The Honorable R. Gary Klausner
20                                      United States District Court Judge
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On June 11, 2007, I served the foregoing document described as: **STIPULATION TO FILE A FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON**

☐ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ by placing ☐ the original and ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Mitchell N. Reinis
Silver & Freedman
2029 Century Park East, 19th Floor
Los Angeles, CA  90067-3005

☒ **BY MAIL** I placed such envelope with postage thereon prepaid in the United States Mail at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. Executed on June 11, 2007, at Los Angeles, California.

☐ **BY FACSIMILE** The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error. Executed on     at Los Angeles, California.

☐ **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jacqui Tollefson