ARNOLD & PORTER LLP
Suzanne V. Wilson (State Bar No. 152399)
Email: suzanne.wilson@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

ARNOLD & PORTER LLP
Louis S. Ederer (Admitted *Pro Hac Vice*)
Email: louis.ederer@aporter.com
John Maltbie (Admitted *Pro Hac Vice*)
Email: john.maltbie@aporter.com
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

Attorneys for Plaintiff Sweet People Apparel, Inc.

SILVER & FREEDMAN
A PROFESSIONAL LAW CORPORATION
Mitchell N. Reinis (State Bar No. 36131)
Email: mreinis@silverfreedman.com
2029 Century Park East, 19th Floor
Los Angeles, California 90067-3005
Telephone: (310) 282-9400
Fax: (310) 282-2500

Attorneys for Defendants Forever 21, Inc. and
2253 Apparel Inc. d/b/a Celebrity Pink Jeans

FILED
CLERK, U S DISTRICT COURT
SEP 11 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ORIGINAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
2007 SEP 10 PM 1:29
CLERK U S DISTRICT C
CENTRAL DIST OF CA
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC. and 2253 APPAREL, INC. d/b/a CELEBRITY PINK JEANS, <br><br> Defendants. | Case No. CV 07-1221 RGK (MANx) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT FOREVER 21 INC.'S MOTION TO COMPEL** |

DOCKETED ON CM
SEP 13 2007
BY

Plaintiff Sweet People Apparel, Inc. ("Sweet People") on the one hand, and Defendant Forever 21, Inc. ("Forever 21"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Forever 21 filed a Motion to Compel Plaintiff to Respond to Defendant's Interrogatories and Request for Production of Documents; Request for Sanctions Pursuant to FRCP 37(d) (the "Motion") on August 22, 2007;

WHEREAS, the hearing on the Motion currently is scheduled to by heard by this Court on Tuesday, September 25, 2007;

WHEREAS, Sweet People's response to that Motion currently is due on Tuesday, September 11, 2007;

WHEREAS, the parties are engaged in discussions regarding the substance of the pending motion in an effort to resolve or narrow the issues raised in the Motion;

WHEREAS, Sweet People has provided written responses to Forever 21's interrogatories and document requests that are the subject of the Motion and is in the process of producing documents to Forever 21 in connection with the relevant document requests;

WHEREAS, Forever 21 is in the process of reviewing those responses;

WHEREAS, in order to provide the parties' additional time to resolve informally the issues that are the subject of the Motion, Forever 21 and Sweet People have stipulated and agreed to, and hereby request, a two-week continuance of the hearing date for the Motion until October 9, 2007;

/ / /

/ / /

/ / /

1     NOW, THEREFORE, the parties stipulate and agree as follows:

2     (1) Sweet People's response to the Motion shall be due on or before
3 September 25, 2007.

4     (2) Forever 21's reply to the Motion, if any, shall be due on or before
5 October 2, 2007.

6     (3) The hearing on the Motion shall be continued to October 9, 2007.

8 Dated: September 10, 2007     ARNOLD & PORTER LLP

By: _____
John Maltbie
Attorneys for Plaintiff Sweet
People Apparel, Inc.

12 Dated: September __, 2007     SILVER & FREEDMAN

By: _see attached order_
Mitchell N. Reinis
Attorneys for Defendants Forever 21, Inc. and 2253 Apparel, Inc. d/b/a Celebrity Pink Jeans

## [PROPOSED] ORDER

Good cause appearing, IT IS SO ORDERED

DATED: September 11, 2007     _Margaret A. Nagle_
Honorable Margaret A. Nagle
United States Magistrate Judge

3

NOW, THEREFORE, the parties stipulate and agree as follows:

(1) Sweet People's response to the Motion shall be due on or before September 25, 2007.

(2) Forever 21's reply to the Motion, if any, shall be due on or before October 2, 2007.

(3) The hearing on the Motion shall be continued to October 9, 2007.

Dated: September __, 2007          ARNOLD & PORTER LLP

                                   By: _____
                                   John Maltbie
                                   Attorneys for Plaintiff Sweet
                                   People Apparel, Inc.

Dated: September 10, 2007          SILVER & FREEDMAN

                                   By: _____
                                   Mitchell N. Reinis
                                   Attorneys for Defendants Forever
                                   21, Inc. and 2253 Apparel, Inc.
                                   d/b/a Celebrity Pink Jeans

### [PROPOSED] ORDER

Good cause appearing, IT IS SO ORDERED

DATED: _____

                                   _____
                                   Honorable Margaret A. Nagle
                                   United States Magistrate Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. On September 10, 2007, I served the foregoing document described as: **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT FOREVER 21 INC.'S MOTION TO COMPEL**

☒   by placing ☐ the original and ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Mitchell N. Reinis
Silver & Freedman
2029 Century Park East, 19th Floor
Los Angeles, CA  90067-3005

☒   **BY MAIL** I placed such envelope with postage thereon prepaid in the United States Mail at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844 to the following addressee. Executed on Sepember 10, 2007 at Los Angeles, California.

☐   **BY FEDERAL EXPRESS** I am readily familiar with Arnold and Porter's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. Under said practices, items to be delivered the next business day are either picked up by Federal Express or deposited in a box or other facility regularly maintained by Federal Express in the ordinary course of business on that same day with the cost thereof billed to Arnold and Porter's account. I placed such sealed envelope for delivery by Federal Express to the offices of the addressee(s) as indicated above on the date hereof following ordinary business practices. Executed on          at Los Angeles, California.

☒   **FEDERAL** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on September 10, 2007

_/s/ Gloria Turner_
Gloria Turner