1  ARNOLD & PORTER LLP
   Suzanne V. Wilson (State Bar No. 152399)
2  Email: suzanne.wilson@aporter.com
   777 South Figueroa Street, 44th Floor
3  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
4  Facsimile: (213) 243-4199

5  ARNOLD & PORTER LLP
   Louis S. Ederer (Admitted *Pro Hac Vice*)
6  Email: louis.ederer@aporter.com
   John Maltbie (Admitted *Pro Hac Vice*)
7  Email: john.maltbie@aporter.com
   399 Park Avenue
8  New York, New York 10022
   Telephone: (212) 715-1000
9  Facsimile: (212) 715-1399

10 Attorneys for Plaintiff Sweet People Apparel, Inc.

11 SILVER & FREEDMAN
   A PROFESSIONAL LAW CORPORATION
12 Mitchell N. Reinis (State Bar No. 36131)
   Email: mreinis@silverfreedman.com
13 2029 Century Park East, 19th Floor
   Los Angeles, California 90067-3005
14 Telephone: (310) 282-9400
   Fax: (310) 282-2500
15
   Attorneys for Defendants Forever 21, Inc. and
16 2253 Apparel Inc. d/b/a Celebrity Pink Jeans

**NOTE CHANGES MADE BY THE COURT**

FILED
CLERK, U S DISTRICT COURT
OCT - 4 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

**NOTE CHANGES MADE BY THE COURT**

17                UNITED STATES DISTRICT COURT
18                CENTRAL DISTRICT OF CALIFORNIA
19                         WESTERN DIVISION
20
21
22 SWEET PEOPLE APPAREL, INC.,          )   Case No. CV 07-1221 RGK (MANx)
                                        )
23                    Plaintiff,        )   **JOINT STIPULATION AND
                                        )   [PROPOSED] ORDER TO
24         v.                           )   CONTINUE HEARING ON
                                        )   DEFENDANT FOREVER 21 INC.'S
25 FOREVER 21, INC. and 2253            )   MOTION TO COMPEL**
   APPAREL, INC. d/b/a CELEBRITY        )
26 PINK JEANS,                          )
                                        )
27                    Defendants.       )

DOCKETED ON CM
OCT 11 2007
BY            015

28

1  Plaintiff Sweet People Apparel, Inc. ("Sweet People") on the one hand, and Defendants Forever 21, Inc. ("Forever 21") and 2253 Apparel, Inc. (collectively "Defendants"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Forever 21 filed a Motion to Compel Plaintiff to Respond to Defendant's Interrogatories and Request for Production of Documents; Request for Sanctions Pursuant to FRCP 37(d) (the "Motion") on August 22, 2007;

WHEREAS, the hearing on the Motion currently is scheduled to be heard by this Court on Tuesday, October 9, 2007;

WHEREAS, Sweet People and Defendants have reached a settlement of the underlying claims in this action;

WHEREAS, in order to provide the parties' additional time to finalize a settlement agreement, Sweet People and Defendants have stipulated and agreed to, and hereby request, a four-week continuance of the hearing date for the Motion until November 6, 2007;

///

///

///

NOW, THEREFORE, the parties stipulate and agree as follows:

(1) The hearing on the Motion shall be continued to November 6, 2007, at 10:00 am.

Dated: October 3, 2007        ARNOLD & PORTER LLP

By: _____
John Maltbie
Attorneys for Plaintiff Sweet People Apparel, Inc.

Dated: October __, 2007       SILVER & FREEDMAN

By: _____
Mitchell N. Reinis
Attorneys for Defendants Forever 21, Inc. and 2253 Apparel, Inc. d/b/a Celebrity Pink Jeans

[PROPOSED] ORDER

Good cause appearing, IT IS SO ORDERED

DATED: 10/3/07

_____
Honorable Margaret A. Nagle
United States Magistrate Judge

3

1     NOW, THEREFORE, the parties stipulate and agree as follows:

2     (1) The hearing on the Motion shall be continued to
3 November 6, 2007.

4 Dated: October __, 2007      ARNOLD & PORTER LLP

6 By: _____
    John Maltbie
    Attorneys for Plaintiff Sweet
7     People Apparel, Inc.

8 Dated: October 3, 2007      SILVER & FREEDMAN

9
10 By: _____
    ~~Mitchell N. Reinis~~ Bess Blank
    Attorneys for Defendants Forever
11     21, Inc. and 2253 Apparel, Inc.
    d/b/a Celebrity Pink Jeans

12 **[PROPOSED] ORDER**

13 Good cause appearing, IT IS SO ORDERED

15 DATED: _____

16 _____
    Honorable Margaret A. Nagle
    United States Magistrate Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. On October 3, 2007, I served the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT FOREVER 21 INC.'S MOTION TO COMPEL**

☒ by placing ☐ the original and ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Mitchell N. Reinis
Silver & Freedman
2029 Century Park East, 19th Floor
Los Angeles, CA 90067-3005

☒ **BY MAIL** I placed such envelope with postage thereon prepaid in the United States Mail at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844 to the following addressee. Executed on October 3, 2007 at Los Angeles, California.

☐ **BY FEDERAL EXPRESS** I am readily familiar with Arnold and Porter's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. Under said practices, items to be delivered the next business day are either picked up by Federal Express or deposited in a box or other facility regularly maintained by Federal Express in the ordinary course of business on that same day with the cost thereof billed to Arnold and Porter's account. I placed such sealed envelope for delivery by Federal Express to the offices of the addressee(s) as indicated above on the date hereof following ordinary business practices. Executed on          at Los Angeles, California.

☒ **FEDERAL** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California on October 3, 2007.

Jacqui Tollefson